AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00039 |
| ROBERT KEITH PACKER | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assigned Date: 1/12/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robert Keith Packer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/12/2021

Robin M. Meriweather
2021.01.12 16:47:13 -05'00'
*Issuing officer's signature*

City and state:   Washington, DC

HON. ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-12-2021, and the person was arrested on *(date)* 1-13-2021
at *(city and state)* Newport News, VA.

Date: 1-13-2020

FBI Arrest
*Arresting officer's signature*

Remote IA
*Printed name and title*