**INITIAL APPEARANCE MINUTES:**

Time set:      12:30
Start Time:    12:42 pm
End Time:      12:52 pm
Split Time     ( )

Date:               1/13/21
Presiding Judge:    Douglas E. Miller, USMJ
Courtroom Deputy:   C. Dodge
Reporter:           FTR/Zoom
U.S. Attorney:      Brittany Fisher
Defense Counsel:    _____
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter:        _____

Case Number: 2:21mj21
USA v. Robert Keith Packer

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
      ( ) Criminal Information ( X ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( X ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
(   ) Counsel desired ( X ) Defendant to retain: _____
(   ) Oral admonition as required by DPPA given to the prosecutor
(   ) Defendant's motion to substitute counsel
(   ) Order to substitute counsel executed and filed in open court
(   ) Financial Affidavit filed in open Court
(   ) Court ( ) Directed ( ) Denied appointment of counsel
(   ) _____, AFPD present. FPD appointed in open court
(   ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
(   ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
(   ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
(   ) Waiver of Detention Hearing (In this District only)
(   ) Commitment to Another District entered and filed in open court
(   ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.
(   ) Preliminary Hearing          ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
(   ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(   ) Government motion for Detention ( ) Government not seeking detention
(   ) Government motion to withdraw motion for detention and set bond ( ) Granted   ( ) Denied
(   ) Detention Hearing scheduled for _____ at _____ before _____.
(   ) Detention Hearing ( ) Held ( ) Waived in _____.
(   ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( X ) Bond set at $ P/r
( X ) Special Conditions of Release: **(See Page 2)**
(   ) Deft. remanded to custody of U. S. Marshal
(   ) Warrant returned executed and filed in open court
( X ) Defendant is directed to appear on  1/19/21  at  1pm  for
      ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
      ( ) Norfolk ( ) Newport News   in DC via zoom
( X ) Complaint unsealed. Redacted version may be filed/posted.
— Δ to sign bond w/in the next two days
  Δ to be released promptly.

## STANDARD CONDITIONS OF RELEASE

1) Deft's. travel is restricted to the State of Virginia.
2) Deft is directed to refrain from excessive use of alcohol.
3) Deft. is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
4) Deft. is directed to surrender any passport to the Probation Office.
5) Deft. is prohibited from obtaining any passport
6) Defendant shall report as soon as possible, to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7) Defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
8) Defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
9) Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
10) Report to the U.S. Probation Office.

## SPECIAL CONDITIONS OF RELEASE

( ) Travel is restricted to:_____
( ) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route.

( ) Deft. is directed to maintain residence at :_____

( ) _____ is directed to serve as third-party custodian.

( ) Deft. is directed to seek and maintain verifiable employment as directed by the Probation Office.

( ) Deft. is directed to undergo substance abuse testing/treatment at the expense of the defendant as directed by the U.S. Probation Office.

( ) Deft. is directed to submit to electronic monitoring ( )with ( ) without GPS ( ) with ( ) without time outs as directed by the U.S. Probation Office, at the expense of the defendant.

( ) Deft. is directed to avoid all contact with alleged victims/potential witnesses or co-conspirators: _____
_____ ( ) Co-defendants charged in the Indictment

( ) Deft. is prohibited from committing any offense in violation of federal, state or local law

( ) Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense.

( ) Deft. is directed to provide any requested financial information as directed by the Probation Office.

( ) Deft. is prohibited from opening any new lines of credit or bank accounts without permission of the U.S. Probation Office.

( ) Defendant shall notify current or future employers of charged offense.

( ) Defendant shall not engage in employment in which the defendant has access to credit information or credit accounts of others.

( ) Defendant shall not have any contact with children under the age of 18 years old unless in the presence of an informed adult.

( ) Defendant shall not have possess or access any computer or internet, bulletin board, or chat room.

( ) Defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.

( ) The defendant shall submit to mental health evaluation and treatment as directed by the U.S. Probation Office.

(X) Appear as directed for DC hearing
(X) Stay away from DC while case pending except as
( ) required for court appearances.